UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Justin Gonzalez,

                            Petitioner,                19 **CIVIL** 1084 (NSR) (AEK)

       -against-                                  **JUDGMENT**

SUPERINTENDENT,
FIVE POINTS CORRECTIONAL FACILITY,

                          Respondent.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 15, 2021, the Court adopts MJ Krause's R & R in its entirety. The petition for a writ of habeas corpus is therefore denied. As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c)(2); *Love v. McCray*, 413 F.3d 192, 195 (2d Cir. 2005); *Lozada v. United States*, 107 F.3d 1011, 1017 (2d Cir. 1997), *abrogated on other grounds by United States v. Perez*, 129 F.3d 225, 259–60 (2d Cir. 1997). The Court certifies pursuant to 18 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purposes of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); accordingly, the case is closed.

**DATED:**  New York, New York
              March 16, 2021

                                                                   **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                    **BY:**
                                                                       **Deputy Clerk**